IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:22-cr-356-DPM

CARLUS SMITH                                                DEFENDANT

ORDER

The Court received the attached letter from the Bureau of Prisons. The Bureau has requested a non-binding recommendation about whether Smith's sentence in this case should run concurrent or consecutive to a twelve-year sentence imposed by the Circuit Court of Pulaski County, Arkansas. *See Fegans v. United States*, 506 F.3d 1101, 1104 (8th Cir. 2007).

The Court recommends that it run consecutive. The Judgment was silent on this point. 18 U.S.C. § 3584(a). The offenses are distinct. Smith pleaded guilty in this case to illegally possessing a gun in 2022. His state charges were based on crimes committed in 2024. *State v. Smith*, No. 60CR-24-2259 (Pulaski County) (Sentencing Order). And this Court imposed a sentence at the low end of the sentencing guideline range in part because the federal sentence would run consecutive to any sentence imposed for the pending state charges. For

these reasons, the Court's non-binding view is that a consecutive sentence is just and fair.  U.S.S.G. 5G1.3(d).

The Court directs the Clerk to mail a copy of this Order to Kathy Williams, the Bureau's Section Chief for Sentence Computation, at the address listed at the top of the attached letter.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2025

**U.S. Department of Justice**

**Federal Bureau of Prisons**

Designation and Sentence Computation Center

U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

November 5, 2025

The Honorable D.P. Marshall, Jr.
United States District Court Judge
for the Eastern District of Arkansas
Richard Sheppard Arnold United States Courthouse
600 West Capitol Avenue, Room B149
Little Rock, Arkansas 72201

RE:  **SMITH, Carlus**
     Register Number: 35901-510
     Case Number: 4:22-cr-356-DPM

Dear Judge Marshall:

On July 17, 2024, Carlus Smith was sentenced by the Court to an 84-month term of confinement for Felon in Possession of a Firearm. Mr. Smith has requested credit for time spent in service of a state sentence, which the Bureau of Prisons (Bureau) considers a request for a retroactive designation, which would in turn make his federal sentence concurrent with his state term. This would be accomplished by the Bureau designating the state institution for service of his federal sentence under 18 U.S.C. § 3621(b). Such action would thereby reduce the total amount of time spent in custody. In Setser v. United States, 566 U.S. 231, 237 (2012), the United States Supreme Court held that the authority to order a federal sentence concurrent with or consecutive to any other sentence rests with the federal sentencing court. The Bureau is requesting guidance as to how Mr. Smith's federal sentence should run with respect to a sentence he is serving with the State of Arkansas.

At the time the federal sentence was imposed, Mr. Smith was under the primary jurisdiction of state authorities in Arkansas, and in federal custody pursuant to a writ of habeas corpus. The respective Judgment in a Criminal Case was silent regarding any relationship with the forthcoming action by the state. Following sentencing, Mr. Smith was returned to state authorities and the U.S. District Court Judgment was filed as a detainer.

At the time Mr. Smith was federally sentenced, he was in service of an originally imposed 120-month term of imprisonment based on the revocation of his parole on May 6, 2024, in the Circuit Court of Pulaski County Case Numbers 60CR-16-4166, 60CR-16-4115, 60CR-14-1027, and 60CR-06-4815. On

August 29, 2024, Mr. Smith's state obligation was satisfied, and he was held in custody pending other charges in the Circuit Court of Pulaski County Case Number 60CR-24-2259.

On September 30, 2024, Mr. Smith was sentenced by the State of Arkansas to a 144-month total term of imprisonment for Possession of Fentanyl with Purpose to Deliver, Simultaneous Possession of Drugs and Firearms, Possession of Firearm by Certain Person, Offenses Related to Records - Maintaining Premises, and Unauthorized Use Property to Facilitate Crime, in the Circuit Court of Pulaski County Case Number 60CR-24-2259. The state information received by the Bureau indicates the court intended the sentence to run concurrently with the federal sentence.

The Bureau strives to administer sentences in accordance with federal statutes, Bureau policy, and the intent of the sentencing court. If, after 60 days, a response has not been received from the Court, the Bureau will complete its review and make a decision regarding this case.

Should the Court indicate the sentence is to run concurrently with the 144-month state term, the Bureau will commence the sentence in the above judgment on August 29, 2024, the date state records indicate Mr. Smith satisfied the previously served parole violation term in Case Numbers 60CR-16-4166, 60CR-16-4115, 60CR-14-1027, and 60CR-06-4815, which will result in the satisfaction of Mr. Smith's federal sentence on or about March 30, 2030. Should the Court indicate the sentence is to run consecutively to the state term, his 84-month federal sentence will not commence until he completes his state sentence and is released to the federal detainer.

We respectfully request that you please advise us in writing at your earliest convenience, as to the Court's position on a retroactive designation in this case. Should additional information be necessary, please contact Marcus Boudreaux, Correctional Programs Specialist, at 972-595-3189.

Sincerely,

Mandu Earns for

Kathy Williams, Section Chief
Sentence Computations

brp
cc:  Lauren Eldridge, AUSA
     Mekisha D. Childers, USPO